IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
ALDEN PAULINE, #A0256259,    )    CIVIL NO. 09-00520 SOM-KSC
                             )
          Plaintiff,         )
                             )    ORDER DENYING MOTION FOR
          vs.                )    RECONSIDERATION
                             )
DR. DEWITT, et al.,          )
                             )
          Defendants.        )
_____)
```

### ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff moves for reconsideration of the November 17, 2009 Order Denying Motion for Witness.  See Doc. #15.  Plaintiff reiterates his request to call witnesses to prove that Dr. DeWitt lied during the status conference held on November 3, 2009. Plaintiff provides no reason for the court to reconsider its order.  As he was told, Plaintiff may present his witnesses at trial or during another evidentiary hearing; Plaintiff may not, however, file any motion, pleading, document, or letter until Defendants are served and their attorney has made an appearance. Plaintiff's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 7, 2009.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

*Pauline v. Dewitt, et al.*, Civ. No. 09-00520 SOM-KSC; ORDER DENYING MOTION FOR WITNESS; prose attys\Non-Disp Ords\dmp\2009\Pauline 09-520 SOM (dny recon M witness)